IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01194-BNB

COREY BURNHAM,

    Plaintiff,

v.

DR. RABLE, Dentist,

    Defendant.

---

ORDER DRAWING CASE

---

    After review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal.  Therefore, this case is being drawn to a district judge and to a magistrate judge.  *See* D.C.COLO.LCivR 8.2D.  Accordingly, it is

    ORDERED that this case shall be drawn to a district judge and to a magistrate judge.  It is

    FURTHER ORDERED that the Clerk of the Court shall serve a copy of this Order on Plaintiff at the Crawford, Colorado, address on file with the Court, and at the following address: Corey Burham, 14291 East Colfax Ave, # 48, Denver, CO 80011. [*See* Doc. # 6, at 2].

    Plaintiff is reminded that he is required to notify the Court of a new address

within five (5) days of the address change.  See D.C.COLO.LCivR 10.1M.

DATED June 12, 2013, at Denver, Colorado.

                                                    BY THE COURT:

                                                  s/ Boyd N. Boland
                                                 United States Magistrate Judge